# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

LUIS RODRIGUEZ-LORENZO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1092

————————————————

June 14, 2024

Appeal from the Circuit Court for Hillsborough County; Christine Ann Marlewski, Judge.

Howard L. Dimmig, II, Public Defender, and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

PER CURIAM.

Affirmed.

NORTHCUTT, SILBERMAN, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior publication.